ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

880   In re Drexel Burnham Lambert Savings and Loan Securities Litigation

| Date | No. | Description |
|---|---|---|
| 91/02/21 | 1 | MOTION/MEMORANDUM/SCHEDULE OF ACTIONS -- Filed by Richard A. Bergman, Bergman Knox & Green, James Dahl, Robert A Davidow, Donald Engel, Lowell J. Milken, Michael R. Milken, Bruce L. Newberg, Richard V. Sandler, Lorraine Spurge, Warren Trepp and the 145 Partnerships, trusts or corporations -- w/letter from movants regarding consolidated California Action and Service and cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT -- C.D. California or S.D. New York -- SUGGESTED TRANSFEREE JUDGE: ? (sg) |
| 91/03/04 | | APPEARANCES -- LARRY S. GONDELMAN, ESQ. for Warren Trepp; DANIEL H. BOOKIN, ESQ. for Richard V. Sandler; DENNIS M. PERLUSS, ESQ. for Thomas A. Spiegel; FREDERICK P. HAFETZ, ESQ. for Bruce Newberg; MARK A. BELNICK, ESQ. for Michael R. Milken; EDWIN G. SCHALLERT, ESQ. for Lambert Brussels Assoc. Limited Partnership; Group Bruxelles Lambert S.A.; Saif Investments B.V.; HUGH STEVEN WILSON, ESQ. for John H. Kissick; Arthur H. Bilger; DANIEL R. MURDOCK, ESQ. for (See PASL pages 1, 2 and 3); THEDORE N. MILLER, ESQ. for (See PASL page 3); THOMAS D. BARR, ESQ. for Columbia Savings & Loan Association and Federal Deposit Insurance Corp., et al.; FRED D. HEATHER, ESQ. for David W. Bergmann; DANA K. WELCH, ESQ. for Lawrence K. Fish; BERT W. REIN, ESQ. for Frederick H. Joseph and Drexel Burnham Lambert Inc.; ANDREW J. LAVANDER, ESQ. for Edwin Kantor; CHARLES C. LIFLAND, ESQ. for Peter Ackerman; DIANNE M. NAST, ESQ. for Northwest Ecumenical Metropolitan Ministry/Northwest Harvest; EUGENE R. LICKER, ESQ. for Lowell Milken (rh) |
| 91/03/06 | 2 | JOINDER IN MOTION TO TRANSFER -- The 66 partnerships represented by Sidley & Austin w/svc. (ds) |
| 91/03/06 | | APPEARANCES -- DANIEL ROMANO, ESQ. for Joshua Friedman DANIEL H. BOOKIN, ESQ. for Richard V. Sandler and Edward G. Victor; WILLIAM S. LERACH, ESQ. for Steven Cooperman, et al. (ds) |
| 91/03/12 | 3 | JOINDER IN MOTION -- deft. Peter Ackerman w/cert. of svc. (ds) |
| 91/03/12 | 4 | RESPONSE/MEMORANDUM -- Thomas Speigel w/exhibit 1 and 2 and cert. of svc. (ds) |

JPML FORM 1A

p.2

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 880 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/03/13 | 5 | RESPONSE/MEMORANDUM (to pldg. #1) -- pltfs. Steven Cooperman, et al. (and consolidated cases) -- w/cert. of service (cdm) |
| 91/03/13 | 6 | JOINDER IN MOTION (re pldg. #1) -- defts. Arthur H. Bilger and John H. Kissick -- w/cert. of service (cdm) |
| 91/03/13 | 7 | JOINDER IN MOTION (re pldg. #1) -- deft. Edwin Kantor -- w/cert. of service (cdm) |
| 91/03/13 | 8 | RESPONSE/MEMORANDUM (to pldg. #1) -- pltfs. in A-3 Federal Deposit Insurance Co. and A-2 Columbia Savings & Loan Assn., et al. -- w/cert. of service (cdm) |
| 91/03/14 | 9 | RESPONSE (to pldg. #1) -- defts. Joshua Friedman and Marc Rapaport -- w/Exhibit A and cert. of service (cdm) |
| 91/03/18 | 10 | JOINDER IN MOTION TO TRANSFER -- deft. Frederick H. Joseph w/cert. of svc. (ds) |
| 91/03/19 | 11 | REPLY MEMORANDUM -- Movants Richard A. Bergman, Bergman Knox & Green, Robert A. Davidow, 145 Partnerships, James Dahl, Lowell J. Milken, Michael R. Milken, Bruce L. Newberg, Richard V. Sandler, Lorraine Spurge, Warren Trepp, and Donald Engel w/cert. of svc. (ds) |
| 91/04/16 | | HEARING ORDER -- setting motion of defts. Richard A. Bergman, Bergman Knox & Green, James Dahl, Robert A. Davidow, Donald Engel, Lowell J. Milken, Michael R. Milken, Bruce L. Newberg, Richard V. Sandler, Lorraine Spurge, Warren Trepp and 145 partnerships, trusts or corporation to transfer for Panel hearing in New York, N.Y., on May 31, 1991 (ds) |
| 91/04/17 | 12 | JOINDER IN MOTION FOR TRANSFER (PLDG. #1) -- Filed by deft. Touche Ross & Co. -- w/cert. of svc. (rh) |
| 91/05/13 | 13 | SUPPLEMENTAL INFORMATION -- Deft. Michael Milken on behalf of all movants -- w/copy of transcript re: A-2 proceedings before J. Wilson in Cal., C. and cert. of svc. (rew) |
| 91/05/29 | 14 | SUPPLEMENTAL INFORMATION -- Filed by deft. Mark A. Belnick on behalf of all movants -- w/cert. of svc. (sg) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 880 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/05/29 | | HEARING APPEARANCES -- for hearing on 5/31/91, New York, New York -- DANIEL R. MURDOCK, ESQ. for 148 moving defendants; MARK A. BELNICK, ESQ., for Michael R. Milken; MICHAEL O. FINKELSTEIN, ESQ. for Lowell J. Milken; LARRY S. GONDELMAN, ESQ. for Warren Trepp; DANIEL H. BOOKIN, ESQ. for Richard V. Sandler; MARTIN GLENN, ESQ. for Peter Ackerman1; ANDREW J. LEVANDER, ESQ. for Edwin Kantor; THOMAS D. BARR, ESQ. for Federal Deposit Insurance Corp. and Resolution Trust Corp.; PATRICIA M. HYNES, ESQ. for Steven Cooperman, et al. and EDWIN G. SCHALLERT, ESQ. for Lambert Brussels Associates (ds) |
| 91/05/29 | | WAIVERS OF ORAL ARGUMENT -- Mr. Joshua Friedman, Lorraine C. Spurge, John H. Kissick, Arthur H. Bilger, Thomas Spiegel, Leon Black, Marc Rapaport, Reliance Associates, L.P., Reliance Capital Group, L.P., Frederick H. Joseph, Cary J. Maultasch, Lawrence K. Fish, Bruce Newberg and AFP Investments, et al. (all defts. represented by Sidley & Austin) (ds) |
| 91/06/03 | 15 | RESPONSE (to pldg. #14) -- ptfs. Columbia Savings & Loan Assoc. and Federal Deposit Insurance Corp., et al. w/svc. (ds) |
| 91/06/03 | 16 | RESPONSE (to pldg. #15) -- deft. Michael R. Milken w/svc. (ds) |
| 91/06/05 | | ORDER DENYING TRANSFER -- (A-1 - A-3) Steven Cooperman, et al v. Thomas Spiegel, et al., C.D. California, C.A. No. 89-6538; Columbia Savings & Loan Association, et al. v. Michael R. Milken et al., C.D. California. C.A. No. 90-6656; Federal Deposit Insurance Corporation, et al. v. Michael R. Milken, et al., S.D. New York, C.A. No. 91-Civ-433 -- Notified involved clerks, counsel and judges (sg) |

JPML Form 1

Revised: 8/78

DOCKET NO. 880 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Drexel Burnham Lambert/Savings and Loan Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 31, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | June 5, 1991 | MO | | | | |

Special Transferee Information

DATE CLOSED: June 5, 1991

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 880 -- In re Drexel Burnham Lambert Savings and Loan Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Steven Cooperman, et al. v. Thomas Spiegel, et al.  * | Cal.,C. Wilson | 89-6538 | | | | |
| A-2 | Columbia Savings & Loan Association, et al. v. Michael R. Milken, et al. | Cal.,C. Wilson | 90-6656 | | | | |
| A-3 | Federal Deposit Insurance Corporation, et al. v. Michael R. Milken, et al. | N.Y.,S. Pollack | 91 Civ 433 | | | | |
| * | Consolidated with Violet Klein, et al. v. Thomas Spiegel, et al. | Cal.,C. Wilson | 89-7327 | | | | |

REVISED MARCH 8, 1991

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 880 -- In re Drexel Burnham Lambert/Savings and Loan Securities Litigation

==================================================================

| | |
|---|---|
| STEVEN COOPERMAN, ET AL. (A-1) | CAMDEN INVESTMENTS, INC. |
| William S. Lerach, Esquire | CAMRO ASSOCIATES |
| Milberg Weiss Bershad Specthrie & Lerach | CAMRO II ASSOCIATES |
| | CANTEBURY GROUP |
| 600 West Broadway, Suite 1800 | CAPITAL FUND FOUNDATION |
| San Diego, CA  92101 | CAPITAL INVESTMENTS |
| | CAPTRAN VENTURES ASSOCIATES |
| COLUMBIA SAVINGS & LOAN ASSOCIATION, (A-2) | CARLYLE ASSOCIATES |
| | CARLYLE II ASSOCIATES |
| FEDERAL DEPOSIT INSURANCE CORPORATION, ET AL. (A-3) | CAVALIER ASSOCIATES |
| | CFD OCA ASSOCIATES |
| Thomas D. Barr, Esquire | CHANTICLEER INVESTORS, LTD. |
| Cravath, Swaine & Moore | CHESTERFIELD VENTURES FUND CO. |
| Worldwide Plaza | CHITTENDEN ASSOCIATES |
| 825 Eighth Avenue | COAST HOLDINGS |
| New York, New York 100109 | COASTAL CAPITAL ASSOCIATES |
| | CONPORT ASSOCIATES |
| RICHARD A. BERGMAN | CONTERA PARTNERS |
| BERGMAN KNOX & GREEN | CONTINENTAL ASSOCIATES, LTD. |
| ROBERT A. DAVIDOW | CRESCENT CAPITAL ASSOCIATES |
| ALAMO INVESTMENTS, L.P. | DAYTON INVESTMENTS |
| ALL-FED INVESTMENTS ASSOCIATES | DRJ ASSOCIATES |
| ALTA ASSOCIATES | DUNMORE PARTNERS |
| ANCHOR CAPITAL HOLDINGS | EJ ASSOCIATES |
| ARA PARTNERS | ENSIGN NATIONAL ASSOCIATION |
| ARETE PARTNERS | EXECOR, INCORPORATED |
| ARGONAUT VENTURES GROUP | FAIRFIELD INVESTMENT GROUP, LTD. |
| ARMACOR INCORPORATED | FAIRWOOD INVESTMENTS, INC. |
| ARROWLAKE INVESTORS | FIELD RANCH, INC. |
| ASSOCIATED CAPITAL | FILLMORE FINANCIAL |
| ATLANTIC MANAGEMENT GROUP | FINFUND MANAGEMENT, L.P. |
| BALTMAR INVESTORS, L.P. | FIREBIRD INVESTMENTS |
| BARLEM ASSOCIATES | FIRST BRITTANY HOLDINGS, INC. |
| BEERY ASSOCIATES | FIRST COASTAL ASSOCIATES |
| BERING ASSOCIATES | FIRST MANAGEMENT CO. |
| BRITTANY HOLDINGS | F.O.L. HOLDINGS, INC. |
| BUELL'S GORE ASSOCIATES | FRAMINGHAM PARTNERS |
| CABAT ASSOCIATES, LTD. | FULTON PARTNERS |
| CACF PARTNERS, LTD. | FULTON VENTURE ASSOCIATES |
| CALCO UNITED INVESTORS | GALWAY INVESTMENT ASSOCIATES |

(Continued)

JPML FORM 4 -- Continuation

Panel Attorney Service List -- p.2

MDL No. 880 -- In re Drexel Burnham Lambert/Savings and Loan Securities Litigation

GLENBAY INC.
GLC PARTNERSHIP
GUILDFORD CAPITAL
DBL TRANSCAP PARTNERS
DENCAL PARTNERS
DOWNINGVILLE ASSOCIATES
DREXEL RELIANCE CAPITAL GROUP PARTNERSHIP
DUNMORE PARTNERS, LTD.
ESSEX FINANCIAL
FINANCIAL ASSOCIATES
FINANCIAL PARTNERS II
FIRST ALLIANCE FINANCIAL
FIRST FINANCIAL PARTNERS
FIRST GENERAL FINANCIAL
HATTAN HALL ASSOCIATES
HEMISPHERE CAPITAL
HOPKINS ASSOCIATES
HYBON CORPORATION
INCON ASSOCIATES
INTERCONSOLIDATED INVESTORS
INTERNATIONAL CONSOLIDATED ASSOCIATES, L.P.
INVESTMENT NATIONAL
JELLICLE ASSOCIATES
KIDPIX ASSOCIATES
KRAFT ASSOCIATES
LUHUS V ASSOCIATES
LAHUS V SYNDICATE, INC.
LAHUS V INC.
LENNOX INVESTORS
LOBON ASSOCIATES
LOMBARDY EQUITIES
LORSANT PARTNERSHIP
L&S TRUST 1981
LMAR PARTNERS
MACSON INVESTMENTS, INC.
MAGTEK PARTNERS
MANTAR ASSOCIATES
MARGLEN INC.
MCCOOK FINANCIAL ENTERPRISES
MERRICK ASSOCIATES

MERRIMAK FIXED ASSETS
MILKEN FAMILY FOUNDATION
MILOW CORPORATION
MLR LTD.
ML-SL INCORPORATED
MONMOUTH PARTNERS
MOREDON PARTNERS
MOTEL INVESTMENTS, L.P.
MVS, LTD.
OCELOT ASSOCIATES
OP CAPITAL PARTNERS
OPTIMUS FINANCIAL ASSOCIATES
OTTER CREEK ASSOCIATES
OWENS CAPITAL
OZARK INVESTMENT GROUP
MANTAR ASSOCIATES
MONTGOMERY PARTNERS
MONUMENTAL CAPITAL, L.P.
NEW CWT PARTNERS
PACE INVESTMENTS, L.P.
PARAGON ASSET HOLDINGS
PARCO PARTNERS
PICARDY FINANCIAL
PIER PORT INVESTMENT MANAGEMENT
POLLICLE CAPITAL
PORTER & JENKINS
PRIME CAPITAL ASSOCIATES
PROSPERO PARTNERS
RA PARTNERSHIP
RAMSTAR INVESTMENTS, INC.
RA PARTNERSHIP
REMINGTON FINANCIAL
RESOURCE INVESTORS
REVELL INVESTMENTS
ROCAM ASSOCIATES
RACAM II ASSOCIATES
ROMONT ASSOCIATES
ROMONT INVESTMENTS, INC.
RWLC PARTNERS
SAMURAI ASSOCIATES
SCI ASSOCIATES
SCI PARTNERS

(Continued)

JPML FORM 4 -- Continuation

Panel Attorney Service List -- p.3

MDL No. 880 -- In re Drexel Burnham Lambert/Savings and Loan Securities Litigation

| | |
|---|---|
| SDIC ASSOCIATES | CHAMPLAIN ASSOCIATES |
| SHERBROOKE ASSOCIATES | CHEATHAM CAPITAL |
| SHOREGLEN II ASSOCIATES | CHESAPEAKE PARTNERS |
| SOUTH COAST PARTNERS | CHESSMENT INVESTMENT ASSOCIATES |
| SOUTHWEST FINANCIAL | CLC FINANCIAL PARTNERS, L.P. |
| STONEHAM NATIONAL | CLC INVESTORS, L.P. |
| SUN BROOK PARTNERS | CLEBURNE ENTERPRISES |
| SUNPOW INVESTMENT ASSOCIATES | COLOR TILE INVESTMENTS |
| TANGENT CAPITAL | COMMONWEALTH EQUITIES |
| TARTAN FINANCIAL ASSOCIATES | COMMONWEALTH UNITED |
| TETON INVESTORS, L.P. | CONCORDIA INVESTMENT ASSOCIATES |
| TRANSCENTRUY INVESTMENTS | DELPHIN INVESTMENT ASSOCIATES |
| TRANSLIMITED | DENSLOW FINANCIAL ASSOCIATES |
| TRANSLIMITED II | DURANT FINANCIAL ASSOCIATES |
| TRIPLESTONE, INC. | ELMWOOD INVESTMENTS |
| WALLSTONE ASSOCIATES | ELSTEAD PARTNERS |
| WB ASSOCIATES | FIRST UNION INVESTMENTS |
| WELLESLY INVESTMENTS, A CALIF. L.P. | FOREMAN ASSOCIATES |
| | FRAMINGHAM INVESTMENTS |
| WESTAM CAPITAL GROUP | GENERAL FINANCIAL |
| WHITEHALL FINANCIAL ASSOCIATES | WESTMINISTER CAPITAL |
| WHITWORTH ASSOCIATES | WILSHIRE FIRST ASSOCIATES |
| WILCAM FINANCIAL GROUP INC. | WINOOSKI ASSOCIATES |
| WOODGLEN INC. | WINOOSKI PARTNERSHIP II |
| WOODTIME ASSOCIATES | WINOOSKI PARTNERSHIP III |
| WP CAPITAL PARTNERS | WINOOSKI PARTNERSHIP IV |
| WTV ASSOCIATES | GUARDIAN EQUITY |
| <u>YORKSHIRE GROUP INVESTMENTS</u> | HAMMOND ASSOCIATES |
| Daniel R. Murdock, Esquire | HASTINGS ASSOCIATES |
| Donovan Leisure Newton & Irvine | HAYWOOD INVESTMENTS |
| 30 Rockefeller Plaza | HOLLAND PARTNERS |
| New York, New York 10112 | JMP ASSOCIATES |
| | KINGSLEY PARTNERS |
| AFP INVESTMENTS | LAFAYETTE ASSOCIATES |
| ATLANTIC FINANCIAL INVESTORS | MACSON INVESTMENTS, INC. |
| BANDELIER ASSOCIATES | MACPHERSON INVESTMENT PARTNERS |
| BARRONS ASSOCIATES | MACPHERSON MANAGEMENT ASSOCIATES |
| BISCAYNE CAPITAL, L.P. | MALAGA CAPITAL, L.P. |
| CAMBRIDGE ASSOCIATES | MANCHESTER INVESTMENTS, L.P. |
| CAPITAL COAST PARTNERS | METRO ASSOCIATES |
| CARLTON INVESTMENTS | MONITOR EQUITY, L.P. |
| CENTENNIAL FINANCIAL | MONTAIGNE ENTERPRISES |

(Continued)

```
JPML FORM 4 -- Continuation                Panel Attorney Service List -- p.4

MDL No. 880 -- In re Drexel Burnham Lambert/Savings and Loan Securities
               Litigation
```

| | |
|---|---|
| NEILSEN PARTNERS<br>NEW CWT PARTNERS<br>NEW LEVITZ ASSOCIATES<br>PARCO, INC.<br>PARCO INTERNATIONAL, L.P.<br>PROSPERO ASSET MANAGEMENT<br>PROSPERO ASSETS, INC.<br>RALEIGH INVESTMENT MANAGEMENT<br>RAYBURN ASSOCIATES<br>SOUTH SAXONY INVESTMENT GROUP<br>VALCOUR ASSOCIATES<br>VALCOUR ASSOCIATES ii<br>WHITSON INVESTORS, L.P.<br>WICKLOW INVESTMENT ASSOCIATES<br>WINSTON CAPITAL PARTNERS<br>WRISTON ASSOCIATES<br>Theodore N. Miller, Esquire<br>Sidley & Austin<br>One First National Plaza<br>Chicago, IL  60603<br><br>LOWELL MILKEN<br>Eugene R. Licker, Esquire<br>Lord Day & Lord, Barrett Smith<br>1675 Broadway<br>New York, New York 10019-5874<br><br>JAMES DAHL (No App.)<br>Steven R. Andrews, P.A.<br>318 North Calhoun STreet<br>Tallahassee, Florida  32301<br><br>PETER ACKERMAN<br>Charles C. Lifland, Esquire<br>O'Melveny & Myers<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br><br>DAVID W. BERGMANN<br>Fred D. Heather. Equire<br>McKenna & Cuneo<br>444 South Flower Street<br>Eighth Floor<br>Los Angeles, CA  90071 | LAWRENCH K. FISH<br>Dana K. Welch, Esquire<br>Shearman & Sterling<br>555 California Street<br>San Francisco, CA  94104<br><br>FREDERICK H. JOSEPH<br>DREXEL BURNHAM LAMBERT<br>  INC.<br>Bert W. Rein, Esquire<br>Wiley, REin & Fielding<br>1776 K Street, N.W.<br>Washington, D. C.  20006<br><br>EDWIN KANTOR<br>Andrew J. Levander, Ewquire<br>Shereff, Freidman, Hoffman<br>  & Goodman<br>919 Third Avenue<br>New York, New York 10022<br><br>JOHN H. KISSICK<br>ARTHUR H. BILGER<br>Hugh Steven Wilson, Esquire<br>Latham & Watkins<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA  90071-2005<br><br>LAMBERT BRUSSELS ASSOCIATES<br>   LTD. PARTNERSHIP<br>GROUP BRUXELLES LAMBERT S.A.<br>SAIF INVESTMENTS B.V.<br>Edwin G. Schallert, Esquire<br>Debevoise & Plimpton<br>875 Third Avenue<br>New York, New YOrk  10022<br><br>MICHAEL R. MILKEN<br>Mark A. Belnick, Esquire<br>Paul, WEiss, Rifkind, Wharton &<br>   Garrison<br>1285 Avenue of the Americas<br>New York, New York  10019 |

BRUCE NEWBERG
Frederick P. Hafetz, Esquire
Goldman & Hafetz
60 East 42nd Street
Suite 950
New York, New York  10165

THOMAS A. SPIEGEL
Dennis M. Perluss, Esquire
Hufstedler, Kaus & Ettinger
355 So. Grand Avenue, 45th Floor
Los Angeles, CA  90071

WARREN TREPP
Larry S. Gondelman, Esquire
Aikin, Gump, Strauss, Hauer
  & Field
1333 New Hampshire Ave., N.W.
Washington, D. C.  20036

Unable to determine counsel or
address for the following
ALAMO ASSOCIATES
ALTA SUBORDINATED DEBT PARTNERS II,
  L.P.
AMA PARTNERS
AMA PARTNERSHIP
ARROYO PACIFIC INVESTMENTS, INC.
ASSOCIATED INVESTORS
B&J PARTNERSHIP
BARID CORP.
BARTMAR INVESTMENTS
BASS INVESTMENT, L.P.
BCP CAPITAL PARTNERS, II, L.P.
BCP CAPITAL PARTNERS, L.P.
BCP EQUITY ASSOCIATES

BEAUMONT HOLDINGS
BELVEDERE SECURITIES
BICOAST INVESTMENT ASSOCIATES
BLUEWATE ASSOCIATES, L.P.
BMA LIMITED PARTNERSHIP
BRW, INC.
BUNSTER INVESTMENTS
CALIFORNIA CELEBRATION
CAPITAL FUND COMPANY
CAPTAIN VENTURE ASSOCIATES
CAPTRAN VENTURE ASSOCIATES, L.P.
CARLYLE I ASSOCIATES
CARTHAY INVESTMENTS
CFD PARTNERS '81
CHARTER CONCEPTS
CHESSMENT INVESTORS
CHESSMENT PARTNERS
CHILDREN'S HIGH YIELD FUND, L.P.
CHILDRESS GROUP INC.
CHILDRESS HIGH YIELD FUND
CLAYTON & DUBLIER PRIVATE EQUITY
  FUND II LTD.
CLAYTON & DUBLIER PRIVATE EQUITY
  FUND III LTD.
COAST CAPITAL PARTNERS
COASTAL CAPITAL PARTNERS
COMMERCIAL MANAGEMENT CO., L.P.
CRESTRIDGE INVESTMENT ASSOCIATES
THE CROMWELL GROUP
CRISTAL PARTNERS
D & P CBO PARTNERS, L.P.
DALTON ASSOCIATES
DBL EMPLOYEE PROFIT SHARING PLAN
VOL. CONT. A/C #1
DBL LAMBDA INVESTORS
DICKINSON ASSOCIATES
DR CAPITAL PARTNERS
DREXEL INVESTORS CORP.
DS ASSOCIATES
DUVAL PARTNERS
EMBASSY CAPITAL GROUP, INC.
EQUITY LINKED INVESTORS II

                    (Continued)

JPML FORM 4 -- Continuation　　　　　　　　Panel Attorney Service List -- p.6

MDL No. 880 -- In re Drexel Burnham Lambert/Savings and Loan Securities
　　　　　　　Litigation

| | |
|---|---|
| EXECOR CORPORATION | M AND L MILKEN FOUNDATION |
| FAIRFIELD INVESTORS, INC. | MARABILL PARTNERS, L.P. |
| FINANCIAL INVESTMENTS | MARGLEN ASSOCIATES |
| FIRCON PARTNERS | MARLEY HOLDINGS, L.P. |
| FIRST ALLIANCE INVESTMENTS | MIAD PARTNERS |
| FIRST GUARDIAN ENTERPRISES, INC. | MINOASKI PARTNERS |
| FIRST GUARDIAN OF TEXAS L.P. | ML ASSOCIATES |
| FIRST STRATFORD, INC. | M.L. PORTLAND |
| FIRST STRATFORD LIFE INSURANCE CO. | MOBEX HOLDING CORPORATION |
| G & D INVESTMENT PARTNERSHIP | MODEL INVESTMENTS ASSOCIATES |
| | MOTEL 6, L.P. |
| GLENCOE INVESTORS | MOTEL 6 EQUITY ASSOCIATES, L.P. |
| GLOUCESTER ASSET MANAGEMENT | MOTEL 6 FINANCE, L.P. |
| | MOTEL 6 HOLDINGS, L.P. |
| GPI ASSOCIATES | M&L 1981 TRUST |
| GREYSTONE PARTNERS | MEVADA CORP. |
| GUARDIAN GLOBAL, INC. | 9560 ASSOCIATES |
| GUARDIAN GLOBAL ASSOCIATES | 9560 WILSHIRE ASSOCIATES |
| HILLSIDE CAPITAL | OBC HOLDINGS ASSOCIATES |
| HL ASSOCIATES | ONE MERRICK WAY, LTD. |
| HOLLANDER PARTNERS | OPPENHEIMER & CO., L.P. |
| IDB INVESTMENT ASSOCIATES | OTTER CREEK ASSOCIATES II |
| JAGUAR FUNDS | OTTER CREEK ASSOCIATES III |
| JEJ PARTNERSHIP | PACE EQUIITY ASSOCIATES, L.P. |
| J.P. ASSOCIATES | PACIFIC ASSET ADVISORS |
| KAUFMAN ASSOCIATES | PACIFIC ASSET CORPORATION |
| KNIGHTSBRIDGE PARTNERS | PACIFIC ASSET HOLDINGS, L.P. |
| L HOLDING INVESTMENT | PACIFIC ASSETS PARTNERSHIP |
| LAFAYETTE PARTNERS | PACIFIC CONTINENTAL PARTNERS |
| LAMBDA CAPITAL CORP., L.P. | PARAGON ASSET HOLDINGS |
| LAMBDA CFD '87 L.P. | PARAMONT ASSOCIATES |
| LAMBDA I CAPITAL PARTNERS | PENOBSCOT PARTNERS |
| LAMBDA II | PRIME CABLE OF GEORGIA, LTD. |
| LAMBDA II CAPITAL PARTRNERS | PROGRESSIVE TEN INVESTMENTS |
| LAMBDA II PRIVATE INVESTMENT ACCOUNT | PRUNELL ASSOCIATES |
| LAMABDA PRIVATE PLACEMENT | RAMS INVESTMENT GROUP |
| LAMBDA PRIVATE PLACEMENT ACCOUNT | RECO LAND CORP. |
| LBO ASSOCIATES, INC. | REGENCY EQUITIES CORP. STOCKHOLDER' LIQUIDATING TRUST |
| LETS INVESTOR PARTNERSHIP | RELIANCE ASSOCIATES |
| LMAR PARTNERS | RELIANCE CAPITAL GROUP, L.P. |
| L.S. SPECULATIONS TIC | RFS EQUITY PARTNERS |

(Continued)

RIVERVILLE ASSOCIATES
RJ ASSOCIATES
RJ-LG COMPANY INC
RN FARMS
ROBLAR ASSOCIATES
ROBLAR PARTNERSHIP
ROCAM INVESTMENTS INC.
RODEO-WIL ASSOCIATES LTD.
SAXON ASSOCIATES
SAXONY INVESTMENTS GROUP
SECOND FINANCIAL PARTNERS
SECOND GENERATION FINANCIAL WARNECO
SECURITIES & MANAGEMENT EVALUATION, INC.
SHERIDAN ASSOCIATES
STARKSBORO GROUP
TANGENT ASSOCIATES
WAYSIDE ASSOCIATES
WESTHAM CAPITAL GROUP
WHITMORE CAPITAL, L.P.
WHITWORTH CAPITAL PARTNERS
WINOOSKI V.
WINOOSKI ASSOCIATES V
WINOOSKI PARTNERSHIP I
WINOOSKI PARTNERSHIP V.
WINOOSKI PARTNERS
W&J SLOANE OF BEVERLYHILLS, INC.
WRS INC.
YALOWITZ WINSTON INVESTMENT
M&L TRUST

TOUCHE ROSS & CO.

Wayne Smith, Esq.
Gibson, Dunn & Crutcher
333 South Grand Ave.
Los Angeles, CA 90071-31970

DAVID PAUL
Steven W. Davis, Esquire
Thomson, Muraro, Bohrer & Razook
1 S.E. Third Avenue
Suite 1700
Miami, Florida 33131

CARY MAULTASCH
(No App. Rec'd)
Reid Weingarten, Esquire
Steptoe & Johnson
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

PETER GARDINER
(No App. Rec'd)
Henry W. Absill, Esquire
Asbill, Junkin, Myers & Buffone
1615 New Hampshire Avenue, N.W.
Washington, D.C. 20009

Richard S. Frary  (No App. Rec'd)
211 Central Park West
Apartment 10
New York, New York 10023

Kevin Madigan (No App. Rec'd)
46 Buckskin Road
Bell Canyon, CA  91307

Frederick H. Joseph (No App. Rec'd)
60 Lakeview Avenmue
Short Hills, N.J.  07078

LEON D. BLACK
George L. Saunders, Jr., Esquire
Lee A. Monroe, Esquire
Thomas F. Bush, Jr., Esquire
Saunders & Monroe
205 North Michigan Ave.
Suite 4201
Chicago, Illinois  60606

MARK RAPAPORT
Howard I. Friedman, Esquire
Loeb & Loeb
1000 Wilshire Boulevard
Los Angeles, California  90017

JPML FORM 4 -- Continuation

Panel Attorney Service List -- p.8

MDL No. 880 -- In re Drexel Burnham Lambert/Savings and Loan Securities Litigation

Charles H. Keating, Jr.
6447 N. Palo Christi
Paradise Valley, AZ   85253

JOSHUA FRIEDMAN
Arthur Fine, Esquire
Mitchell, Silberberg & Knupp
11377 West Olympic Boulevard
Los Angeles, California   90064

RICHARD V. SANDLER
EDWARD G. VICTOR
Daniel H. Bookin, Esquire
Farella, Braun & Martel
235 Montogomery Street
San Francisco, CA   94104

RICHARD S. FRARY
Eliot Lauer, esquire
Curtis, Mallet-Prevost, Colt & Mosle
101 Park Avenue
New York, New York   10178-0061

GOTHAM CAPITAL
GC PARTNERS
Richard C. Tufaro, Esq.
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York   10005